Daniel Craig MATTHEWS, Appellant,

v.

Maureen Anne MATTHEWS,
Respondent.

No. ED 92076.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 8, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 12, 2010.

Donald E. Heck, Chesterfield, MO, for
Appellant.

James W. Schottel, Saint Louis, MO, for
Respondent.

Before GLENN A. NORTON, P.J.,
MARY K. HOFF, J., and LAWRENCE E.
MOONEY, J.

## ORDER

PER CURIAM.

The husband, Daniel Matthews, appeals
the judgment entered by the Circuit Court
of St. Charles County distributing the par-
ties' property in their dissolution of mar-
riage action. We have reviewed the par-

ties' briefs and the record on appeal and find no error.

An opinion would have no precedential value. The trial court's judgment is affirmed. Rule 84.16(b).